calendar. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

ESTHER SILVER, Respondent, v. CITY OF YONKERS and Others, Appellants. (Actions Nos. 1 and 2.) — Motion to resettle order of May 5, 1930, granted and order resettled so as further to provide that the printed case on appeal and briefs be served on respondent's attorney not later than June 16, 1930. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

HARRY SILVER, Respondent, v. CITY OF YONKERS and Others, Appellants.— Motion to resettle order of May 5, 1930, granted and order resettled so as further to provide that the printed case on appeal and briefs be served on respondent's attorney not later than June 16, 1930. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

LILLIAN SILVER, Respondent, v. CITY OF YONKERS and Others, Appellants.— Motion to resettle order of May 5, 1930, granted and order resettled so as further to provide that the printed case on appeal and briefs be served on respondent's attorney not later than June 16, 1930. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

MORRIS SIMON, a Stockholder in GUILD INVESTORS CORPORATION, etc., Plaintiff, v. WILLIAM L. GREENFOGEL and Others, Defendants. DANIEL CASHIN, as Receiver of GUILD INVESTORS CORPORATION, Respondent, v. I. JOSEPH ROSE and Others, Appellants.— Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

SPENCER SHOE Co., INC., Respondent, v. SPENCER SHOE STORES, INC., Defendant. IRVING COHEN, etc., Appellant.— Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

MAE B. STEVENS, as Administratrix, etc., of JOHN DEAN STEVENS, Deceased, Respondent, v. SOUTH BAY CONSOLIDATED WATER COMPANY, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

ABRAHAM THALER, Respondent, v. PUBLIC FIREPROOF SASH AND DOOR CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Question certified. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ. Settle order on notice.

STEPHEN TONELLA and EMMA J. LYMAN, as Executors, etc., of CHARLES TONELLA, Deceased, Respondents, v. FISHKILL RURAL CEMETERY, Appellant, and FLORENCE P. SCHRADER, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

ROBERT S. WATTS, Respondent, v. MAHLSTEDT-STEEN SECURITIES CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

JOHN L. BATTERMAN, Respondent, v. ADELBERT B. SWETLAND, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

FRANCES BARNES KRATOVILLE BERRY, Respondent, v. JOSEPH W. KRATOVILLE, Appellant.— Order striking out the separate defenses contained in the answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

DIMOCK & FINK Co., Appellant, v. MILDRED L. HOBLIN and Others, Respond-